Joshua Ardry
v.
STATE OF TEXAS

CAUSE NO.
12-14-00143-CR

PD-0945-15

IN THE COURT
OF CRIMINAL
APPEALS

## MOTION FOR SUSPENSION OF RULES

TO THE HONORABLE COURT

Comes now Joshua Ardry    Appellant pro se under the protection of Haines v. Kerner 404 US. 520 (1972), per liberal construction/application to pro se litigants and respectfully moves this court to exeercise its authority under Rule 2, Texas Rules of Appellate Procedure and suspend rules 9.3, 9.4 and 9.5 of the TRAP. In support of this motion appellant would show the following

### I

Appellant, as a Texas inmate does not have access to a computer, printer or copier to make required copies to send to all parties involved, and is submitting all paperwork hand written making fonts type size and accurate margins impractical.

### PRAYER

Appellant prays the Honorable Court grants this motion and orders the clerk to make proper copies and distribute appropriately per the TRAP.

FILED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

Respectfully Submitted,

Josh Ardry    7-17-15
Josh Ardry    7-17-15
French Robertson unit
12071 FM 3522
Abilene, TX. 79601